UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 19-24379-CIV-GRAHAM

BODOR LABORATORIES, INC. and
NICHOLAS S. BODOR,

    Plaintiffs,

vs.

BRICKELL SUBSIDIARY, INC.
f/k/a BRICKELL BIOTECH, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court <u>sua sponte</u>. This Court has been assigned the above-captioned matter in the ordinary course of random assignments of cases.

PURSUANT to Title 28 U.S.C. §371, on December 15, 2013, the undersigned retired from regular active service and undertook senior status. As Title 28 U.S.C. §294(b) allows a sitting senior judge to perform such duties as he is willing and able to undertake, the undersigned refers this case back to the Clerk of Court for reassignment to another judge in accordance with the blind assignment system to the calendar of an active judge.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of October, 2019.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record