UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24379-PCH

| | |
|---|---|
| BODOR LABORATORIES, INC. and NICHOLAS S. BODOR, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| BRICKELL SUBSIDIARY, INC. f/k/a BRICKELL BIOTECH, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## PLAINTIFFS' REPORT OF RECENT DEVELOPMENTS

Plaintiffs, Bodor Laboratories, Inc. ("Bodor Labs") and Nicholas S. Bodor, Ph.D., D.Sc., d.h.c (multi), HoF ("Dr. Bodor") (collectively "Plaintiffs" or "Bodor"), submit this report for the Court's information and in the interest of preserving the resources of the Court and the parties. Plaintiffs report the following:

1. On November 15, 2019, the parties agreed to promptly conduct a Mediation.

2. A one-day Mediation has been scheduled by the parties to occur on December 10, 2019, in Miami, Florida before retired United States District Court Judge Sue L. Robinson.

3. The parties have agreed to stay Arbitration proceedings until December 11, 2019, the day after the Mediation.

4.       Plaintiffs continue to request that the Court enter a stay of this action pending the outcome of the scheduled Mediation and, if necessary, Arbitration.

Dated this 20th day of November, 2019.

Respectfully submitted,

DEVINE GOODMAN & RASCO, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, FL 33134
Tel: 305-374-8200
Email: grasco@devinegoodman.com
           aandrews@devinegoodman.com

By: */s/ Guy A. Rasco*
       Guy A. Rasco., Esq.
       F.B.N.: 727520
       Averil Andrews, Esq.
       F.B.N.: 105700

And

Martin A. Bruehs, Esq.
Charles R. Bruton, Esq.
Rajesh C. Noronha, Esq.
Dentons US LLP
1900 K St., NW
Washington, DC  20006

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic filing on all counsel or parties of record listed below on November 20, 2019.

Alan D. Lash
LASH & GOLDBERG LLP
Miami Tower
100 Southeast 2nd St. Suite 1200
Miami, FL 33131-2158
Tel: 305.347.4040
alash@lashgoldberg.com

Benjamin C. Block
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Tel: 202.662.5205
bblock@cov.com

Attorneys for Defendant

*/s/ Guy A. Rasco*
Guy A. Rasco

Devine Goodman & Rasco, LLP  2800 Ponce De Leon Boulevard, Suite 1400, Coral Gables, Florida 33134 P 305.374.8200 F 305.374.8208