**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-24379-PCH**

| | |
|---|---|
| BODOR LABORATORIES, INC. and NICHOLAS S. BODOR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BRICKELL SUBSIDIARY, INC. f/k/a BRICKELL BIOTECH, INC., | ) ) ) |
| Defendant. | ) ) ) |

**JOINT REPORT REGARDING OUTCOME OF MEDIATION**

The parties have agreed to a final term sheet that will be used as an outline of terms for the parties to attempt to prepare and enter into a Settlement Agreement and an Amended and Restated License Agreement. The parties have agreed to attempt to enter into a Settlement Agreement by December 23, 2019, and to attempt to enter into an Amended and Restated License Agreement within 10 days thereafter. The parties will provide an updated joint report to the Court by noon on December 23, 2019.

The parties have agreed and jointly request that the Court continue the existing stay through December 23, 2019.

Dated this 16th day of December, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ Alan D. Lash* | */s/ Guy A. Rasco* |
| Alan D. Lash, Esq. (F.B.N. 510904) | Guy A. Rasco., Esq. (F.B.N.: 727520) |
| LASH & GOLDBERG LLP | Averil Andrews, Esq. (F.B.N.: 105700) |
| Miami Tower | DEVINE GOODMAN & RASCO, LLP |
| 100 Southeast 2nd St. Suite 1200 | 2800 Ponce de Leon Blvd., Suite 1400 |
| Miami, FL 33131-2158 | Coral Gables, FL 33134 |
| Tel: 305.347.4040 | Tel: 305-374-8200 |
| Email: alash@lashgoldberg.com | Email: grasco@devinegoodman.com |
| | aandrews@devinegoodman.com |

| | |
|---|---|
| Benjamin C. Block<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth St., N.W.<br>Washington, D.C. 20001<br>Tel: 202.662.5205<br>bblock@cov.com<br><br>*Attorneys for Defendant* | Martin A. Bruehs, Esq.<br>Charles R. Bruton, Esq.<br>Rajesh C. Noronha, Esq.<br>Dentons US LLP<br>1900 K St., NW<br>Washington, DC  20006<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic filing on all counsel or parties of record listed below on December 16, 2019.

                                                      */s/ Guy A. Rasco*
                                                    Guy A. Rasco