# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-24379-PCH

| | |
|---|---|
| BODOR LABORATORIES, INC. and NICHOLAS S. BODOR, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| BRICKELL SUBSIDIARY, INC. f/k/a BRICKELL BIOTECH, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## UPDATED JOINT STATUS REPORT

Pursuant to the Court's Order of December 26, 2019 (ECF No. 27) the parties jointly report that nothing has changed since the last Joint Report was filed on December 23, 2019. Plaintiffs request that this case be stayed pending the completion of the arbitration because the License Agreement permits either party to seek "other provisional equitable relief" in this Court, which Plaintiffs believe may be necessary during the course of the arbitration. Defendant requests that this action be dismissed. Should the Court be inclined to dismiss the action, Plaintiffs request that the dismissal be without prejudice.

Dated this 6th day of January, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Alan D. Lash* | */s/ Guy A. Rasco* |
| Alan D. Lash, Esq. (F.B.N. 510904) | Guy A. Rasco., Esq. (F.B.N.: 727520) |
| LASH & GOLDBERG LLP | Averil Andrews, Esq. (F.B.N.: 105700) |
| Miami Tower | DEVINE GOODMAN & RASCO, LLP |
| 100 Southeast 2nd St. Suite 1200 | 2800 Ponce de Leon Blvd., Suite 1400 |
| Miami, FL 33131-2158 | Coral Gables, FL 33134 |
| Tel: 305.347.4040 | Tel: 305-374-8200 |
| Email: alash@lashgoldberg.com | Email: grasco@devinegoodman.com |
| | aandrews@devinegoodman.com |

| | |
|---|---|
| Benjamin C. Block<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth St., N.W.<br>Washington, D.C. 20001<br>Tel: 202.662.5205<br>bblock@cov.com<br><br>*Attorneys for Defendant* | Martin A. Bruehs, Esq.<br>Charles R. Bruton, Esq.<br>Rajesh C. Noronha, Esq.<br>Dentons US LLP<br>1900 K St., NW<br>Washington, DC  20006<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic filing on all counsel or parties of record listed below on January 6, 2020.

                                        */s/ Guy A. Rasco*
                                        Guy A. Rasco., Esq.