UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-24379-PCH

BODOR LABORATORIES, INC.,
and DR. NICHOLAS S. BODOR,

    Plaintiffs,

BRICKELL SUBSIDIARY, INC.,
f/k/a Brickell Biotech, Inc.,

    Defendant.
_____/



CLOSED CIVIL CASE

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Joint Stipulation of Dismissal with Prejudice [ECF No. 30], filed February 18, 2020 ("Stipulation"). The Stipulation states that the parties, having reached a settlement, stipulate that the above-captioned case may be dismissed with prejudice. After considering the Stipulation and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that this case is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT** and the case is **CLOSED**.

**DONE AND ORDERED** in Chambers, Miami, Florida, on February 20, 2020.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record